IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ECCO SOLUTIONS d/b/a ECCO FISH USA, ET AL. | § § § | |
| Plaintiffs | § § | |
| vs. | § § | Cause No. 3:10-cv-00354 |
| TRANSOCEAN, LTD; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; BP PRODUCTS NORTH AMERICAN, INC.; BP EXPLORATION AND PRODUCTION, INC.; BP, PLLC; BP CORPORATION NORTH AMERICA, INC.; HALLIBURTON ENERGY SERVICES, INC.; SPERRY-SUN DRILLING SERVICES, INC.; AND CAMERON INTERNATIONAL CORPORATION d/b/a CAMERON SYSTEMS CORPORATION, | § § § § § § § § § § § § § | JURY DEMANDED |
| Defendants | § § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff files this Certificate of Interested Parties, and would respectfully show that the following have an interest in the outcome of this case:

**I.**     **Plaintiffs**

Ecco Solutions d/b/a Ecco Fish USA, Chris Moore, James Vincent, John Hubbard, Raymond Crumpton, Margo Broussard, Fred Clark, Crystal Cantor, Timothy Matherne, Jarrett Evans, Edward Bernard, Darlyn Sanders, Darren Bernard, Mario Rivas, Anthony Eggert, John Shadowwolf, Thomas Willits, Brian Belton, Craig Mavis, Adam Guillot, Scottie Ladnier, William Harden, David Rafes, Wilburn Rice, David Carr, Dwayne Louis, Daniel Shedrick, Michael Caiazza, Johnny Lopez, Gregory Jackson, Thomas Richard, Louis Luce, Jr., Robert Talebli individually and as owner of Robert's Seafood and Hot to Go Kitchen, Inc., Andrew Poppele, James Johnson, William Peeples, Jimmy Sharp, Kirk Butler, Michele Gibbs, Anthony Liprie, Michael Frye, Elton Nelton individually and as owner of Uptown Antiques and Downtown Flee Market, Ricky and Debbie Michael individually and as owners of Will Duett Services, Inc., Craig Moreau

individually and as owner of Weisenger Hydro Seeding & Erosion Control Services, Vincent Plumb, Tavia Mullen, Michael Bruce, John Debrow, Jon Sinku, Sandra Bogden, Donald Petry, Mike White, Timothy Brooks, Brandon Hudson, Timothy Pennington, Jaimmie Roach individually and as owner of Two Chiefs Tile, LLC, Daveene Stelly, George Holtrey, Raymond Clark, Mark Kidder, John Berryman, Daniel Andelin, Thaddeus Washington, Worth Day, John Lee, Monroe Goodman, Thomas J. Howard, Niki Williams, Gwendolyn Shanks individually and as owner of Gwendolyn Shank's Soul Food, and Hinds & Kerschner Construction, LLC

## II. **Defendants**

Transocean Entities

- Transocean Offshore, Ltd.
- Transocean Offshore Deepwater Drilling, Inc.
- Transocean Deepwater, Inc.

BP entities

- BP Products North America, Inc.
- BP Exploration and Production, Inc.
- BP, LLC
- BP Corporation North America, Inc.

Halliburton Energy Services, Inc.

Sperry-Sun Drilling Services, Inc.

Cameron International Corporation d/b/a Cameron Systems Corporation

Respectfully submitted,

**ARNOLD & ITKIN LLP**

BY:  */s/ Noah M. Wexler*
Noah M. Wexler, Esq.
State Bar No. 24060816 | FBN:  916478
Jason A. Itkin (State Bar 24032461 | FBN 33053)
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone:  (713) 222-3800
Facsimile:  (713) 222-3850

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2010, a true and correct copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of same to all counsel of record.

*/s/ Noah M. Wexler*